AO 442 (Rev. 01/09) Arrest Warrant

☐ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

DEC 11 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | SEALED |
| v. | ) | |
| | ) | Case No. 13-04437M-001-PCT-MEA |
| Lisa Marie James | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

The Court having determined that probable cause exists for the issuance of an arrest warrant,
**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Lisa Marie James ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  **X** Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841(a)(1), (b)(1)(c) and 844(a)
POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE.

Date: 12-3-13

*Issuing officer's signature*

City and state: Flagstaff, Arizona

Mark E. Aspey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/3/13, and the person was arrested on *(date)* 12/4/13
at *(city and state)* Pinon AZ

Date: 12/6/13

By: _____
*Arresting officer's signature*

for Leander Frank, NNPD
*Printed name and title*