FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 26 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# WRITTEN RECORD OF PLEA AGREEMENT
## U.S. MAGISTRATE JUDGE
## FLAGSTAFF, ARIZONA

UNITED STATES OF AMERICA v. **LISA MARIE JAMES**

CASE NO.: 13-04437M-001-PCT-MEA

**VIOLATION(S) PLEADING GUILTY TO:**
**Count 3 of the Complaint:** Possession of a Controlled Substance (methamphetamine), in violation of 21 U.S.C. § 844(a), a Class A misdemeanor.

MAX. FINE: $100,000.00
MAX. IMPRISONMENT: One (1) year
MAX. PROBATION/SUPERVISED RELEASE (18 U.S.C. §§ 3561 & 3583): Five (5) Years Probation/One (1) Year Supervised Release
MANDATORY SPECIAL ASSESSMENT (18 U.S.C. § 3013): $25.00

SENTENCING GUIDELINES:
    Total Offense Level: 4 (base) - 2 (acceptance) = 2
    U.S.S.G. § 2D2.1(a)(3)
    Criminal History Category: I
    Imprisonment Range: 0 to 6 months
    Supervised Release (U.S.S.G. § 5D1.2(a)(3)): 1 year
    Fine Range: $100 to $5,000.00 (Statutory min. of $1,000.00)

**RULE 11(c)(1)(C), F.R. Crim. P., Stipulated Sentence:**
The defendant shall be sentenced to a term of incarceration of not less than seven months but not more than nine months (with credit for time served), followed by one year of supervised release. (The Government recommends a sentence of nine month of imprisonment, but such recommendation is not binding on the Court). In addition to the terms set forth in General Order 12-13 and any terms the Court deems appropriate, the defendant: (1) shall not purchase, possess, or consume any alcoholic beverages during the term of her supervised release; (2) shall not purchase or possess any firearms or ammunition during the term of her supervised release, to the extent she is not already a prohibited possessor; (3) shall successfully complete substance abuse evaluation and/or treatment program(s) in the discretion and/or direction of her probation officer; and (4) shall rectify any outstanding state, local, or tribal warrants to the extent applicable, including

1

submitting herself to the jurisdiction of said courts. Fine, in addition to the mandatory special assessment of $25.00, in the discretion of the Court but with a minimum mandatory fine of $1,000.00.

**RESTITUTION:** The defendant shall pay restitution to the Apache County Sheriff's Office in the amount of $76.00. Payment shall be made to the Clerk and disbursed to the Apache County Sheriff's Office, Attn. Commander Spivey, 370 S. Washington, P.O. Box 518, St. Johns, AZ 85936.

DISPOSITION OF ADDITIONAL CHARGES: If the plea and sentences are accepted by the Court, the United States agrees that it will: (1) not file any additional charges concerning the defendant's conduct set forth in the statement of probable cause in this case; and (2) dismiss the remaining counts of the Complaint with prejudice. The United States further agrees not to charge the defendant with either conspiracy or the underlying drug distribution and/or possession charges pertaining to the conduct set forth in the probable cause statements in the criminal complaints for the following cases: United States v. Lionel Ray James, Case No. 13-mj-04434; United States v. Brandon James, Case No. 13-mj-04433; United States v. Wilsonia Lynn Bekay, Case No. 13-mj-04438; United States v. Alta Bekay, Case No. 13-mj-04457; and United States v. Earlson Bekay, Case No. 13-mj-04456. The defendant further understands and agrees that her sentence is an upward departure under the Federal Sentencing Guidelines for the charges of possession of controlled substances based on the other conduct set forth in the Complaint, as well as for the Government's agreement not to go forward on felony charges (including unlawful drug distribution).

 I, **Lisa Marie James**, understand that the above sentencing provision is binding upon the Court if the Court accepts my guilty plea under this plea agreement.

 By pleading guilty, I will be giving up my rights to plead not guilty; to confront, cross-examine and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination – all with the assistance of counsel – and to be presumed innocent until proven guilty beyond a reasonable doubt. I waive my right to trial, agree to enter my plea before and to be sentenced by a U.S. Magistrate Judge, and waive any right to appeal or otherwise challenge my conviction. The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each charge to which I am pleading guilty. I understand that the Court may later modify the terms and conditions of

any probation or supervised release ordered as part of my sentence. My guilty plea is not the result of force, threats, or promises other than any promises contained in this written agreement.

**[ ] The parties request that a presentence investigation and report be conducted in this matter.**

**[X] The parties do not request that a presentence investigation and report be conducted in this matter. Pursuant to Rule 32(c)(1)(A)(ii), Federal Rules of Criminal Procedure, the parties believe sufficient information exists in the record to enable that Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553.**

I am not currently under the influence of alcohol or any other intoxicants, and I am fully capable of understanding this agreement and enter it voluntarily.

_____    3/26/14
Lisa Marie James            Date
Defendant

_____    3/26/14
Deborah Fine, AFPD          Date
Attorney for Defendant

_____    3/26/14
Paul V. Stearns             Date
Assistant U.S. Attorney

_____    3/26/14
~~MARK E. ASPEY~~ John H. Buttrick    Date
U.S. Magistrate Judge

✓ ACCEPTED    ____ REJECTED

3