# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**
      **Plaintiff,**

      **v.**

**Lisa Marie James,**
      **Defendant**

**JUDGMENT IN A CRIMINAL CASE**

**No. 13-04437M-001-PCT-MEA**

Deborah Fine (AFPD)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/26/14 to Count Three of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 21 U.S.C. 844(a), Possession of Controlled Substance (Methamphetamine), a Class A Misdemeanor offense, as charged in Count Three of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** on Count Three the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SEVEN (7) MONTHS**, in accordance with 18 U.S.C. §3585(b), defendant to receive credit for pre-sentence time served. Defendant shall pay a fine of $1000.00 and a special assessment of $25.00. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **ONE (1) YEAR.**

**IT IS FURTHER ORDERED THAT** Count One and Count Two of the Complaint are DISMISSED upon oral motion of the United States.

## TOTAL CRIMINAL MONETARY PENALTIES

The defendant shall pay to the clerk, U.S. District Court the following total criminal monetary penalties:

      **SPECIAL ASSESSMENT:** $25.00     **FINE:** $1,000.00     **RESTITUTION:** $76.00

The total special assessment of $25.00 shall be paid pursuant to Title 18, United States Code, Section 3013.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, Space 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). Once defendant is released from federal and state custody defendant is to make monthly restitution payments of not less than $25.00 payments per month.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Restitution shall be paid in the following amounts: **$76.00 to the Apache County Sheriff's Office, Attn: Commander Spivey, at PO Box 518, St. Johns, AZ 85936.**

USA vs. Lisa Marie James

## CONDITIONS OF SUPERVISION

It is the order of the Court that, pursuant to General Order 12-13 which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:

1.    You shall not commit another federal, state or local crime during the term of supervision.
2.    You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3.    Report to the Probation Officer in a manner and frequency directed by the Court or probation officer.
4.    You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5.    You shall support your dependents and meet other family responsibilities.
6.    You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7.    You shall notify the probation officer at least ten days prior to any change of residence or employment.
8.    You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of any alcohol if ordered by the Court in a special condition of supervision.
9.    You shall not purchase possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner.  The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted.  Possession of controlled substances will result in mandatory revocation of your term of supervision.
10.   You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11.   You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12.   You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13.   You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14.   You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15.   As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16.   If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon.  If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition.  Possession of a firearm will result in mandatory revocation of your term of supervision.  This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17.   Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and at least two periodic substance abuse tests, but no more than four per month, during the period of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) or 3583(d).
18.   If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

USA vs. Lisa Marie James

19.     You shall pay any monetary penalties as ordered by the Court.  You will notify the probation officer of any material change in your economic circumstances which might affect your ability to pay restitution, fines, or special assessments.

20.     If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

**The defendant shall also comply with the following special conditions:**

1.      You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse.  You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2.      You shall not consume or possess any alcohol during the term of supervised release.

3.      You shall rectify any outstanding state, local, or tribal warrants, including submitting yourself to the jurisdiction of said courts.

4.      You shall not purchase or possess any firearms or ammunition during the term of  probation, to the extent you are not already a prohibited possessor of a firearm.

5.      You shall pay restitution in the amount of $76.00.

6.      You shall self surrender for you term of incarceration on Wednesday, April 30, 2014.

7.      You shall pay any monetary penalties as ordered by the Court as follows: Minimum monthly payments of $100.00 to be paid in full prior to the completion of supervised probation.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter.  The wavier has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of the Court in Phoenix, Arizona within  fourteen (14) days after the entry of judgment.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

The defendant shall self-surrender for service of sentence on Wednesday, April 30, 2014, by 12:00 pm at the institution designated by the Bureau of Prisons or to the United States Marshal in Flagstaff, Arizona as notified by the United States Marshal.  The defendant shall contact the United States Marshal at 928-213-0045 to schedule and coordinate self-surrender.

THE COURT RECOMMENDS that the defendant serve her sentence at a facility in Arizona that offers the MINT program.

Date of Imposition of Sentence: **Thursday, April 10, 2014.**

13-04437M-001-PCT-MEA                                                    Page 4 of  4
USA vs. Lisa Marie James

DATED this 10th day of April, 2014.

_____
Mark E. Aspey
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____,

the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a criminal case.

_____ By: _____
United States Marshal                                                      Deputy Marshal